UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| KATHY JONES, | ) | Case No. EDCV 17-1138-AS |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 15, 2018.

                                           /s/
                              ALKA SAGAR
                    UNITED STATES MAGISTRATE JUDGE